AO 442 (Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RUBEN SANTANA-MILLAN
a/k/a RUBEN PEDEROSA-MILLAN

**WARRANT FOR ARREST**

CASE NUMBER: 07-112

RECEIVED JUN 2 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Ruben Santana-Millan a/k/a Ruben Pederosa-Millan, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information  X  Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

**charging him with** (brief description of offense)

being a citizen and national of Mexico who had previously been removed/deported from the United States on or about June 8, 1998, and was found in the United States, and prior to his reembarkation at a place outside the United States neither the Undersecretary for Border and Transportation Security, Department of Homeland Security, nor the Attorney General had expressly consented to such alien's reapplying for readmission,

in violation of Title  8  United States Code, Section (s)  1326(a) .

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_signature_
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

June 5, 2007    Wilmington, Delaware
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/22/07 | David Savoia | _signature_ |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Ruben Santana-Millan

ALIAS: Ruben Pederosa-Millan

LAST KNOWN RESIDENCE: ____

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: Mexico

DATE OF BIRTH: 04/05/1968

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____    WEIGHT: ____

SEX: ____    RACE: ____

HAIR: ____    EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: 80693MA4

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: David Savina, Deportation Officer, 1305 McD Drive, Dover, DE, 19901; 302-730-9315 office; 302-730-9310 fax; 267-236-4190 cell